

NUMBER 13-19-00493-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**In the Estate of Ricardo Prida Barrio, Deceased**

**On appeal from County Court at Law No 2
of Webb County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Chief Justice Contreras**

Appellant, Miguel Angel Prida, filed a notice of appeal attempting to appeal a judgment or order signed on August 5, 2019 in cause number 2018-CVQ-000093-L2 in the County Court at Law No 2 of Webb County, Texas.

A review of the record before the Court reveals there is no final appealable order in this cause. On December 5, 2019, the Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done. *See* TEX. R. APP. P. 37.1, 42.3. Appellant was advised that, if the defect was not corrected within ten days

from the date of receipt of the Court's notice, the appeal would be dismissed for want of jurisdiction.

On February 10, 2020, appellant informed the court a status conference was scheduled but otherwise failed to correct the defect. On March 3, 2020, the clerk notified appellant that the court had not received an update from the status hearing. Appellant was again provided notice of the defect and requested the defect be cured, or, was advised, pursuant to Tex. R. App. P. 42.3, the appeal would be dismissed.

Absent an appealable interlocutory order or final judgment, this Court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann*, 39 S.W.3d at 195; *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). The Court, having considered the documents on file and appellant's failure to correct the defect in this matter, is of the opinion that the appeal should be dismissed for want of jurisdiction. Accordingly, the appeal is DISMISSED FOR WANT OF JURISDICTION. *See* TEX. R. APP. P. 42.3(a),(c).

DORI CONTRERAS
Chief Justice

Delivered and filed the
3rd day of December, 2020.

2